BASCHAB, P.J., and McMILLAN, SHAW, and WISE, JJ., concur.
AFFIRMED BY UNPUBLISHED MEMORANDUM.
WELCH, J., dissents, with opinion.
WELCH, Judge, dissenting.
Based on my dissents in Coats v. State 986 So.2d 1241,1242 (Ala.Crim.App. 2007) (Welch, J., dissenting from unpublished memorandum), and Young v. State, [No. CR-06-0162, April 4, 2008] ___ So.3d ___, ___ (Ala.Crim.App. 2008) (Welch, J., dissenting from unpublished memorandum), I must respectfully dissent. *Page 1008